**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1176**

FURQAN MOHAMMAD; AZRA YASMIN,

　　　　　Plaintiffs - Appellants,

　　　　v.

SELECT PORTFOLIO SERVICING, INC., as servicing agent for U.S. Bank NA, as trustee, for the Chase Mortgage Finance Corporation Multi-Class Mortgage Pass-Through Certificates, Series 2006-A1,

　　　　　Defendant – Appellee,

　　　　and

JP MORGAN CHASE BANK, N.A.,

　　　　　Defendant,

THOMAS P. GORMAN,

　　　　　Trustee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.　Anthony John Trenga, District Judge. (1:14-cv-01305-AJT-TRJ)

Submitted: June 18, 2015　　　　　Decided: June 22, 2015

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Furqan Mohammad, Azra Yasmin, Appellants Pro Se.  William Dean Ledoux, Jr., ECKERT SEAMANS CHERIN & MELLOTT, LLC, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Furqan Mohammad and Azra Yasmin appeal from the district court's order affirming the bankruptcy court's order granting relief from the automatic stay. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Mohammad v. Select Portfolio Servicing, Inc., No. 1:14-cv-01305-AJT-TRJ (E.D. Va. Jan. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED